STATE EX REL. WANDA S. ROBERTSON, FOR AND ON BEHALF OF MATTHEW IAN GULLETTE AND TIMOTHY AURIC GULLETTE, MINOR CHILDREN, AS THEIR BEST FRIEND, AND SAID CHILDREN IN THEIR OWN BEHALF, APPLICANTS, *v.* THE DISTRICT COURT OF THE THIRTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF YELLOWSTONE, ET AL., RESPONDENTS.

No. 13553.
Decided Oct. 1, 1976.
555 P.2d 755.

Paul G. Olsen, Billings, for applicants.

Terry L. Seiffert, Billings, for respondents.

### ORDER

PER CURIAM.

This is an original proceeding wherein applicants seek a stay of execution of an order awarding custody of children entered by the respondent court. Counsel was heard ex parte and the matter taken under advisement. The Court having now considered the application and documents submitted therewith and the argument of counsel,

Denies the relief requested and orders this proceeding dismissed.